```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0208--MJ (JDR)
                              "USA V MARCO CARRILLO-ESQUIVEL"
                              DEF 1.1 CARRILLO-ESQUIVEL, MARCO

                   Including terminated defendants, excluding terminated counsel


     Presiding Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Magistrate Judge:
                Filed: 09/07/05
               Closed: NO
  No. of Defendants: 1
      MJ Case Number:
                  AKA:
     Location status: U.S. Custody
          Trial date:
           Terminated: NO
   Needs interpreter: YES
   Counsel of record: Kevin F. McCoy
                      Federal Public Defender
                      550 W. 7th Avenue, Suite 1600
                      Anchorage, AK 99501
                      907-646-3400
                      FAX 907-646-3480
                      Serve: YES
                       Type: FPD
                       Role: Pretrial/Trial


   PLF 1.1 USA

   Counsel of record: Retta-Rae Randall
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial


Counts re: DEF 1.1 CARRILLO-ESQUIVEL, MARCO
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 1 | 18:1344 BANK FRAUD (F) | Pending |
| 1 -   1 IND | 2 | 18:1344 BANK FRAUD (F) | Pending |
| 1 -   1 IND | 3 | 18:1344 BANK FRAUD (F) | Pending |
| 1 -   1 IND | 4 | 18:1344 BANK FRAUD (F) | Pending |
| 1 -   1 IND | 5 | 18:1344 BANK FRAUD (F) | Pending |
| 1 -   1 IND | 6 | 18:1344 BANK FRAUD (F) | Pending |
| 1 -   1 IND | 7 | 18:1344 BANK FRAUD (F) | Pending |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0208--MJ (JDR)
"USA V MARCO CARRILLO-ESQUIVEL"
DEF 1.1 CARRILLO-ESQUIVEL, MARCO

Including terminated defendants, excluding terminated counsel

```
1 -    1 IND    8     18:1344 BANK FRAUD (F)                              Pending
1 -    1 IND    9     18:1344 BANK FRAUD (F)                              Pending
1 -    1 IND   10     18:1344 BANK FRAUD (F)                              Pending
1 -    1 IND   11     18:1344 BANK FRAUD (F)                              Pending
1 -    1 IND   12     18:1344 BANK FRAUD (F)                              Pending
1 -    1 IND   13     18:1344 BANK FRAUD (F)                              Pending
1 -    1 IND   14     18:1344 BANK FRAUD (F)                              Pending
1 -    1 IND   15     18:1344 BANK FRAUD (F)                              Pending
1 -    1 IND   16     18:1344 BANK FRAUD (F)                              Pending
1 -    1 IND   17     18:1344 BANK FRAUD (F)                              Pending
1 -    1 IND   18     18:1344 BANK FRAUD (F)                              Pending
1 -    1 IND   19     18:1344 BANK FRAUD (F)                              Pending
1 -    1 IND   20     18:1344 BANK FRAUD (F)                              Pending
1 -    1 IND   21     18:1344 BANK FRAUD (F)                              Pending
1 -    1 IND   22     18:1344 BANK FRAUD (F)                              Pending
1 -    1 IND   23     18:1344 BANK FRAUD (F)                              Pending
1 -    1 IND   24     18:1344 BANK FRAUD (F)                              Pending
1 -    1 IND   25     18:1344 BANK FRAUD (F)                              Pending
1 -    1 IND   26     18:1344 BANK FRAUD (F)                              Pending
1 -    1 IND   27     18:1344 BANK FRAUD (F)                              Pending
1 -    1 IND   28     18:1344 BANK FRAUD (F)                              Pending
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A05-0208--MJ (JDR)
"USA V MARCO CARRILLO-ESQUIVEL"

For all filing dates
```

Presiding Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
Magistrate Judge:
          Filed: 09/07/05
         Closed: NO
No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 11/07/05 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 11/7/05. |
| 1 - 1 | 11/07/05 | [Re: DEF 1] Copy of PLF 1 Indictment from District of Hawaii. |
| 2 - 1 | 11/08/05 | [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] re I/A on Warrant of Arrest on Indt from District of Hawaii (held 11/8/05); K. McCoy appointed; Identity Hrg set for 11/16/06 at 11:00 am; def detained.  cc: USA, FPD, USM, USPO |
| 3 - 1 | 11/08/05 | [Re: DEF 1] JDR Order of Detention.  cc:  USA, FPD, USM, USPO |
| 4 - 1 | 11/16/05 | [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] Re: Identity hrg held 11/16/05; cont identity hrg set for 11/29/05 at 9:30 a.m. by oral mtn of parties. cc: USA, FPD, USM, USPO |
| 5 - 1 | 11/29/05 | [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] Re: cont identity hrg (held 11/29/05); matter cont by oral mot; status report due by cob 12/15/05. cc: USA, FPD, USM, USPO |